UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ELOY CAMPO SANCHEZ,

Petitioner,

v. Case No.: 2:26-cv-02696-SPC-KRH

DAVID HARDIN *et al.*,

Respondent,
_________________________________/

**OPINION AND ORDER**

Before the Court are Eloy Campo Sanchez's Petition for Writ of Habeas Corpus (Doc. 1) and the government's response (Doc. 3).

Campo Sanchez is a native of Mexico who entered the United States in 1992, when he was 14 years old. On June 28, 2026, local police arrested Campo Sanchez for driving with a suspended license. On July 2, 2026, Immigration and Customs Enforcement (ICE) took custody of Campo Sanchez and commenced removal proceedings by issuing a notice to appear. On July 28, 2026, Immigration Judge Stuart Siegel denied Campo Sanchez's request for release on bond.

Campo Sanchez claims his detention violates the Fifth Amendment. In response, the government certifies it is detaining Campo Sanchez under 8 U.S.C. § 1226(a) and argues he received due process in the form of a bond hearing. The Court agrees. Noncitizens arrested in the interior of the country

are subject to discretionary detention under § 1226(a), and they are entitled to an individualized bond hearing. *Hernandez Alvarez v. Warden, Fed. Det. Ctr. Miami*, 175 F.4th 1258 (11th Cir. 2026). The government afforded Campo Sanchez a bond hearing, and he does not identify any aspect of the hearing that failed to satisfy due-process requirements. It appears Campo Sanchez has received the process he is due. Accordingly, Campo Sanchez's Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED**. The Clerk is **DIRECTED** to terminate any pending motions and deadlines, enter judgment, and close this case.

**DONE AND ORDERED** in Fort Myers, Florida on October 16, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties or Record